UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

JOSEPH I. MCDEVITT          (By mail)
STE 400 FOUR TOWER BRIDGE
200 BARR HARBOR DR
WEST CONSHOHOCKEN, PA 19428


SUSAN R. BECKER          (By email)
   susan.becker@usdoj.gov
susan.diaz@usdoj.gov;civil.ecf@usdoj.gov;bethann.fuhrhop@usdoj.gov


## NOTICE OF SCHEDULING CONFERENCE

RE:   LE v. ELWOOD
       CIVIL ACTION NO. 02-cv-03368


Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Wednesday, August 7, 2002 at 11:15 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).


                                        Very truly yours,


                                        Kathryne M. Crispell
                                        Deputy Clerk to Judge Ludwig


DATE:  July 24, 2002