IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-CV-3368 |
| KENNETH J. ELWOOD, | : | |
| District Director, INS | : | |

O R D E R

AND NOW, this 14th day of August, 2002, upon conference, it is ordered:

1. By Friday, September 27, 2002 counsel shall file a stipulation of fact.  (If there are material facts that can not be agreed upon, counsel are to notify the Court by Friday, September 20, 2002 in order to discuss the necessity for a hearing.)

2. Accompanying submission of the stipulation, a brief shall be filed on behalf of plaintiff Tuan V. Le, as movant, to be followed within fourteen days by defendant INS's brief.

_____
Edmund V. Ludwig, J.