1

Case 2:02-cv-03368 Document 11-2 Filed 10/25/2002 Page 1 of 16

# In the Common Pleas Court of Philadelphia

☒ **MUNICIPAL COURT**

☐ FAMILY COURT DIVISION    ☐ TRIAL DIVISION, CRIMINAL SECTION

_____DECEMBER_____ Term, 19 _96_

**COMMONWEALTH**

No. _____3036_____

vs.

Sur Charge

TUAN VAN LE

**I CERTIFY** the foregoing to be a true and correct copy of the whole Record, in the case above stated, as full, entire and complete as the same now remains of Record in this office.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seal of the said Court this __21__ day of __MAY__ A.D., __2001__.

*Lopez F. Jones*
_____
Clerk of Courts

6-204 (Rev. 12/79)

# CRIMINAL TRANSCRIPT
## PHILADELPHIA MUNICIPAL COURT

**COMMONWEALTH VS.**

VAN LE          TUAN
01209 ELLSWORTH    ST
PHILA.   PA 19100

OTN. M7301420  MC
TERM YR. 96  MO. 12
NUMBER 3036

COMPLAINT FILED BY: A/O

DATE: 12/29/96

**CHARGE(S)**

3731   M2DRIV UND INF

**ARRESTED ON:** 12/28/96
**BY:** STANFORD 528
**COMMENTS:** PAB

**NEXT ACTION DATE:** 01/29/97
**TIME:** 0900
**LOCATION:** CJC - COURT ROOM 0406
**POLICE PHOTO NO.:** 835391

**BAIL SET AT:** ROR
**A.D.A.:** FOSTER
**ATTORNEY FOR DEFENDANT:** P.D.
**NAME OF JUDGE/BAIL COMMISSIONER:** HILL
**ARRAIGN. DATE:** 12/30/96  **TIME:** 11:28
**COURT CLERK:** MCCULLEY

**PRELIMINARY HEARING OR TRIAL CONTINUANCES**

| First Action | Continued To | Reason for Continuance | Code | Judge |
|---|---|---|---|---|
| 1/29/97 | 2/24/97 | 803 | 400 | |
| 4-28-97-903 | 5-12-97-903 | Advanced Def. Request | | Cosgrove |

**PRELIMINARY HEARING DISPOSITION**

**DATE:** 2/24/97  **PLACE:** 803
**ATTORNEY FOR DEFENDANT:** Maria Sclopp (PD)
**COURT CLERK:** Deborah Harris
**COURT REPORTER:** Pat Bateman
**ADA:** Richard Welsh

Waive arraignment, Plea not guilty (Adjudged Guilty) Sentence Deferred until 4/28/97 R 903 pending CRN evaluation
By the court

It is ordered that the charge(s) against the defendant are to be presented to the District Attorney for the preparation of an information.

**DATE:** 2/24/97  **JUDGE:** Cosgrove

Hon. Francis P. Cosgrove

**TRIAL DISPOSITION DATE**

**DATE:** 5/12/97  **PLACE:** 903
**ATTORNEY FOR DEFENDANT:** Michael Simon, Esq
**COURT CLERK:** Dolores Brown
**COURT REPORTER:** Tom Curdice

**SENTENCE:** Defendant Sentenced to 48 hours - to surrender 6/13/97 - Rm 604 12 Noon - to be released 6/15/97 - also to Sentenced to one year probation. To pay $315.00 in fines and 133.00 mandatory court costs. To pay within one year. To Attend Alcohol Safe driving school. Drivers License is suspended for one year
By the court

I hereby certify that the above is a true and correct return and transcript. Witness my hand and Official Seal.

**JUDGE:** Cosgrove J  **DATE:** 5/12/97 (Seal)

30-389 (Rev. 7/96)

Deft surrendered 11:50 AM 6-13-97

**CLERK OF QUARTER SESSIONS:** 97013378

```
 51055 14:24                   COMMONWEALTH OF PENNSYLVANIA    22548        12/29/96
 BOOKING # 22548                   PHILADELPHIA COUNTY
                                                              PAB
CRIMINAL COMPLAINT                      MISDEMEANOR TL      DC# 96-17-060781
COMMONWEALTH OF PENNSYLVANIA                                MC# 96-12-3036
COMMONWEALTH OF PENNSYLVANIA VS.   TUAN   VAN LE
```

I, THE UNDERSIGNED, DO HEREBY STATE UNDER OATH OR AFFIRMATION:

(1) MY NAME IS: _[signature]_                     DISTRICT ATTORNEY'S REPRESENTATIVE

(2) I ACCUSE  TUAN   VAN LE                     WHO LIVES AT
    1209 ELLSWORTH   ST., PHILA.     PA.,
    WITH VIOLATING THE PENAL LAWS OF PENNSYLVANIA ON OR ABOUT
    SATURDAY, DECEMBER 28, 1996 IN THE COUNTY OF PHILADELPHIA.

(3) THE ACTS COMMITTED BY THE ACCUSED WERE:

ON THE HIGHWAY AT/NEAR
1000 S. 16TH ST., PHILA.,
THE DEFENDANT OPERATED A MOTOR VEHICLE WHILE
UNDER THE INFLUENCE OF DRUGS/ALCOHOL TO SUCH A DEGREE
AS TO RENDER DEFT INCAPABLE OF SAFE OPERATION;
DEFENDANT'S BLOOD ALCOHOL CONTENT AT THE TIME WAS
[.160]

IN VIOLATION OF PA. PENAL LAWS, SECTION(S) AND TITLE(S):

3731-M2    DRIV UND INF


ALL OF WHICH IS AGAINST THE PEACE AND DIGNITY OF THE COMMONWEALTH OF PA.
(4) I ASK THAT A WARRANT OF ARREST OR A SUMMONS BE ISSUED AND THAT THE
    ACCUSED BE REQUIRED TO ANSWER THE CHARGES I HAVE MADE. THIS COMPLAINT
    HAS BEEN REVIEWED AND APPROVED BY MAX KRAMER A.D.A.
(5) I SWEAR TO OR AFFIRM THE WITHIN COMPLAINT UPON MY KNOWLEDGE, INFORMATION
    AND BELIEF, AND SIGN IT ON 12/30/96, BEFORE PHILA. MUNICIPAL COURT
    JUDGE/BAIL COMMISSIONER

_____        _____
                                           SIGNATURE OF AFFIANT

ON 12/30/96 THE ABOVE NAMED AFFIANT SWORE OR AFFIRMED THAT THE FACTS SET
FORTH IN THE COMPLAINT WERE TRUE AND CORRECT TO THE BEST OF HIS/HER
KNOWLEDGE, INFORMATION AND BELIEF, AND SIGNED IT IN MY PRESENCE. I BELIEVE
THE WITHIN AFFIANT TO BE A RESPONSIBLE PERSON AND THAT THERE IS PROBABLE
CAUSE FOR THE ISSUANCE OF PROCESS.
                                        _____
                                           ISSUING AUTHORITY      SEAL

WAIVER: ON  /  / , I APPEARED BEFORE JUDGE/BAIL COMMISSIONER
WHO READ THE ABOVE COMPLAINT TO ME AND EXPLAINED ITS CONTENTS, AND I HEREBY
WAIVED PRELIMINARY HEARING AND CONSENT TO BE BOUND OVER TO COURT.


_____        _____
         DEFENDANT                              DEFENSE ATTORNEY

2

# In the Common Pleas Court of Philadelphia

☐ FAMILY COURT DIVISION    ☒ MUNICIPAL COURT    ☐ TRIAL DIVISION, CRIMINAL SECTION

NOVEMBER Term, 19 99

COMMONWEALTH

No. 2068

vs.

Sur Charge

TUAN VAN VLE

**I CERTIFY** the foregoing to be a true and correct copy of the whole Record, in the case above stated, as full, entire and complete as the same now remains of Record in this office.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seal of the said Court this 21 day of MAY A.D., 2001.

*Lopez F. Jones*
Clerk of Courts

6-204 (Rev. 12/79)

Page 1 of 2 **PARS**

**Commonwealth VS.**
**TUAN VAN VLE**
Address:
2324 S 20TH ST
Philadelphia PA 19145-
PID:835391 DOB: 02/21/1973

MC TERM NUMBER 1999-11-2068 | DC# 99-24-087425
COMPLAINT FILED BY: | Codefendants: 0
Name: P/OFF HUNTER WAYNE
Date: 11/14/1999 | Complainants: 1
OTN#: M9677603

| State Chrg | O | Court | Description | Gr | Ct | State Chrg | O | Court | Description | Gr | Ct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VC3731 | | 84003 | DUI-ALCOHOL OR DRUGS | M | 01 | | | | | | |

Arrest Date: 11/13/1999 BY: HUNTER WAYNE A Badge#: 223950 Group Id: /
Next Action Date: 01/12/2000 Time: 09:00 Next Action Location: 406 CJC: 1301 Filbert Street
Arraignment Disposition: ROSC Type 2 Amount: $.00

**Appeal Information**
Conditions of Release: Bail Appeal Judge:
Appeal By:

Notes:

Special Needs:
Judge/Bail Comm: JAMES O'BRIEN
Attorney for Def: Public Defender
Court Clerk: JAMES LYDON
ADA/DA Rep: CHRISTOPHER HOFFNER
Arraignment Site: PD
Arraignment Date: 11/14/1999 Time: 17:20

Preliminary Hearing or Trial Continuances

1/12/00 3/2/00 706 TRIAL CW-6015 ☐ B.W. Issued

First Action: 3.2.00 706 — Continued To: 4.24.00 EPO 706 — Reason for Continuance: Court continuance. Both sides ready. Time listed exceeded [illegible] — Code — ☐ B.O.S.O. — Judge

☐ B.W. Issued

Further Action: 4/24/2000 706 — Continued To: 6/14/2000 706 E.P.O. — Reason for Continuance: CW not ready. MBT-CW ~~CW ready~~ — Code: Def ready. Oral 6.013 filed — ☐ B.O.S.O. — Judge

☐ B.W. Issued

Further Action: 7.20.00 — Continued To: 11-22-00 706 EPO — Reason for Continuance: CW has no file — Code — ☐ B.O.S.O. — Judge

Hon. Ronald B. Merriweather — ~~Preliminary Hearing~~ Disposition: Negotiated Stip

6/14/2000 — Rm. 706 — Michael Lovell - PD
Date — Place — Attorney for Defendant (Name and Address)

Katrina Young — Anthony Giordano — Billy Smith Jr.
Court Clerk — Court Reporter — Atty No. — ADA

~~After (waiving) hearing, above defendant is held for Court as follows:~~
Adjudged guilty. Sentence deferred until 9/20/2000 Rm. 706
[illegible] ~~Arraignment Date and Room~~

~~It is ordered that the charge(s) against the defendant are to be presented to the District Attorney for the preparation of information.~~ Date: 6/14/2000 Judge:

Merriweather
Trial Disposition Date
1/19/01 — 706 — Sarah Hughes
Date — Place — Attorney for Defendant (Name and Address) — Atty No.

Daniel — Giordano — Godday
Court Clerk — Court Reporter — Plea — Verdict — Atty for Prosecution

Sentence: 48 hrs to 1 year county custody. One year consecutive probation. Pay $300 fine $1365.50 court costs. 1 year license suspension. Safe driving school. Surrender 1/19/01

I hereby certify that the above is a true and correct return and transcript. Witness my hand and Seal. Judge: Date: 1/19/01 (Seal)

Use reverse side for additional notes
1/19/01 defendant surrendered

0/017676

.ORIGINAL DOCUMENT LE,TUAN VAN DC#:9924087425 11/14/1999 16:59:59

**COMMONWEALTH OF PENNSYLVANIA**
**PHILADELPHIA COUNTY**

DC#: 99-24-087425
MC#: 1999-11-2068
Date: NOV 14, 1999

# Criminal Complaint          *Misdemeanor*

**COMMONWEALTH OF PENNSYLVANIA VS. TUAN VAN V LE**
                    **ALIAS: TUAN LE**

I, the undersigned, do hereby state under oath or affirmation:

(1) My name is: CHRISTOPHER HOFFNER   District Attorney's Represenative

(2) I accuse TUAN VAN V LE
who lives at 2324 S 20TH ST APT: Philadelphia PA 19145-
with violating the Penal Laws of Pennsylvania on or about Saturday, November 13, 1999
in the County of Philadelphia.

(3) The acts committed by the accused were:
AT 800 E ALLEGHENY AVENUE, THE DEFENDANT OPERATED A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF DRUGS AND OR ALCOHOL TO SUCH A DEGREE (BAC-0.186%) AS TO RENDER DEFENDANT INCAPABLE OF SAFE OPERATION

The co-defendant(s) in this case is/are:

In violation of Pennsylvania Penal Laws, section(s) and title(s)
CHARGES:

| Code | Description | Grade | Counts |
|---|---|---|---|
| VC3731 | DUI-ALCOHOL OR DRUGS | M2 | 001 |

All of which is against the peace and dignity of the Commonwealth of Pennsylvania

(4) I ask that a warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made. This complaint has been reviewed and approved by DAVID WASSON      A.D.A.

(5) I swear to or affirm the within complaint upon my knowledge, information and belief, and sign it on 11/14/1999 before Philadelphia Municipal Court Judge/Bail Commissioner.

_____          _____
Signature of Bail Commissioner              Signature of Affiant

On 11/14/1999, the above named affiant swore or affirmed that the facts set forth in the complaint were true and correct to the best of his/her knowledge, information and belief, and signed it in my presence. I believe the within affiant to be a responsible person and that there is probable cause for the issuance of process.

_____          _____
Issuing Authority                           Seal

COPY (# 1)   LE, TUAN VAN       PID: 835391   CBN: 158968   DC#: 9924087425   11/14/1999 5:00 PM

3

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0009
**Application for Naturalization**

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: LE
Given Name: TUAN
Middle Initial: V.

U.S. Mailing Address - Care of:

Street Number and Name: 2324 S. 20th Street
Apt #:

City: PHILADELPHIA
County:

State: PA
ZIP Code: 19145

Date of Birth (month/day/year): 2-20-73
Country of Birth: VIETNAM

Social Security #: 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
A #: 073281767

### Part 2. Basis for Eligibility (check one).

a. [✓] I have been a permanent resident for at least five (5) years.
b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. [ ] I am a permanent resident child of United States citizen parent(s).
d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. [ ] Other. (Please specify section of law) _____

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 07/20/93
Port admitted with an immigrant visa or INS Office where granted adjustment of status: ~~MICHIGAN~~ PHI

Citizenship: VIETNAMESE

Name on alien registration card (if different than in Part 1):

Other names used since you became a permanent resident (including maiden name):

Sex: [✓] Male [ ] Female
Height: 5'3
Marital Status: [✓] Single [ ] Married [ ] Divorced [ ] Widowed

Can you speak, read and write English? [ ] No [✓] Yes

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? [ ] No [✓] Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 7/99 | 9/99 | [ ] Yes [✓] No | VIETNAM | Travel & visits |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |
|  |  | [ ] Yes [ ] No |  |  |

Form N-400 (Rev. 07/17/91)N

Continued on back.

---

**FOR INS USE ONLY**

Returned:

Resubmitted:

Reloc Sent:

Reloc Rec'd:

[✓] Applicant Interviewed MAY 16 2001

[ ] At interview
[ ] request naturalization ceremony at court

Remarks: NO PRC/ARC MD520 10-5-00
ARC seen

Action: DENIED

To Be Completed by Attorney or Representative, if any
[ ] Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) | |
|---|---|---|
| | From | To |
| 2324 S. 20th ST. PHILADELPHIA PA 19145 | OCT/99 | TODAY |
| 1650 S. CHADWICK ST. PHILADELPHIA PA. 19145 | APR/94 | OCT/99 |
| ~~illegible struck-through~~ V.L. | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Name and Number - City, State and ZIP Code | From | To | |
| ENSONIQ | 155 Great Valley Parkway Malvern, PA 19355 | N/A | N/A | Packing |
| TULIP NAIL SALON | WILMINGTON, DE | 04-01 | PRESENT | MANICURIST |
| (2) | (3) | (4) | (5) | (6) |

## Part 5. Information about your marital history.

A. Total number of times you have been married __0__. If you are now married, complete the following regarding your husband or wife.

| Family name | Given name | Middle initial |
|---|---|---|
| | | |

Address

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| | | |

| Social Security# | A# (if applicable) | Immigration status (If not a U.S. citizen) |
|---|---|---|
| | | |

Naturalization (If applicable)
(month/day/year) _____    Place    (City, State) _____

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children __0__. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form N-400 (Rev 07/17/91)N    *Continued on next page*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes  ☒ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
    a. The Nazi Government of Germany?  ☐ Yes  ☒ No
    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes  ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes  ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No
5. Have you ever failed to comply with Selective Service laws?  ☐ Yes  ☒ No
    If you have registered under the Selective Service laws, complete the following information:
        Selective Service Number:_____ Date Registered:_____
    If you registered before 1978, also provide the following:
        Local Board Number:_____ Classification:_____
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?  ☐ Yes  ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes  ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes  ☒ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes  ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes  ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes  ☒ No
12. Have you ever:
    a. been a habitual drunkard?  ☐ Yes  ☒ No
    b. advocated or practiced polygamy?  ☐ Yes  ☒ No
    c. been a prostitute or procured anyone for prostitution?  ☐ Yes  ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes  ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes  ☒ No
    f. received income from illegal gambling?  ☐ Yes  ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes  ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes  ☒ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?  ☐ Yes  ☒ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes  ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes  ☐ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:
1. Do you believe in the Constitution and form of government of the U.S.?  ☒ Yes  ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)  ☒ Yes  ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☒ Yes  ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☒ Yes  ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

NONE

## Part 10. Complete only if you checked block "C" in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:)

Family Name _____ Given Name _____ Middle Name _____

Address _____

Basis for citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent ☐ parent of child legitimated after birth

adopted or legitimated after birth, give date of adoption or, legitimation: (month, day, year) _____

Does this parent have legal custody of you? ☐ Yes ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____ Date 9-11-00

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature _____ Print Your Name LE VY Date 9-11-00

Firm Name and Address 2324 S. 20th St. Phila. PA 19145

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ___, that the corrections, numbered 1 through 7, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

X _____
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____ McGlinchay 01
(Examiner's Signature) Date

4




Direct all responses by mail to the office listed below:
IMMIGRATION AND NATURALIZATION SERVICE
1600 Callowhill Street 3rd Floor # USINS
Philadelphia PA  19130

**U.S. Department of Justice**
*Immigration and Naturalization Service*

---

Tuan V Le
2324 S 20th Street
Philadelphia PA  19145

Refer to this file: ESC*000514032
Alien Number:   A 073 281 767
Date:   June 15, 2001

## DECISION

On May 16, 2001, you appeared for an examination of your application for naturalization, which was filed in accordance with Section 316(A) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

### See Attachment(s)

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, **you must file a request for a hearing within 30 Days** of the date of this notice. If no request for hearing is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization office which made the decision, on Form N-336, **Request for Hearing on a Decision in Naturalization Proceedings under Section 336 of the Act, together with a fee of $170**. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Sincerely,

Charles W Zemski
Acting District Director   NMM

Form N-335

Attachment(s) to Form N-335

Applicant: Tuan V Le
Application for Naturalization, Form N-400
Alien Number: A073281767
Application ID: ESC*000514032

Your application is hereby denied in accordance with the Title 8 Code of Federal Regulations Section(s) listed below:

**Reason:**        Poor Moral Character (False Testimony, Lying)
**CFR8 Reference:**   Part 316  General Requirements for Naturalization
                  Section 316.10  Good Moral Character

General requirements for Naturalization as stated in Section 316.2 state, in part, that an alien must establish that he or she:
(7) For all relevant time periods under this paragraph, has been and continues to be a person of good moral character, attached to the principles of the Constitution of the United States, and favorably disposed toward the good order and happiness of the United States,

Section 316.10 states:

(a) Requirement of good moral character during the statutory period.

(1) An applicant for naturalization bears the burden of demonstrating that, during the statutorily prescribed period, he or she has been and continues to be a person of good moral character. This includes the period between the examination and the administration of the oath of allegiance.

**Explanation: You were twice arrested for driving under the influence (DUI) during the statutory period.**