5

Case 2:02-cv-03368   Document 11-3   Filed 10/25/2002   Page 1 of 16

OMB No. 1115-0180

**Request for a Hearing on a Decision in Naturalization Proceedings Under Section 336 of the Act**

U.S. Department of Justice
Immigration and Naturalization Service

Jul 13/01  002#68928 NASD
N-336   $170.00

| Decision: ☐ Grant ☐ Denial | Fee: |
|---|---|
| 1. In the Matter of: (Name of Naturalization Applicant)<br>Tuan V. Le | File Number:<br>A-073-281-767 |

2. I am filing a request for hearing on the decision dated:
June 15, 2001

3. Please check the one block which applies:

☐ I am *not submitting* a separate brief, statement or evidence.

☐ I *am submitting* a separate brief, statement and/or evidence with this form.

☒ I need ___15___ days to submit a brief, statement and/or evidence to INS. (May be granted only for good cause shown. Explain in a separate letter.)

4. Person filing request:

Name (Please Type or Print)
Joseph I. McDevitt, Esquire

Address (Street Number and Name)                    (Apt. Number)
Suite 400, Four Tower Bridge, 200 Barr Harbor Drive

(City)                              (State)         (Zip Code)
West Conshohocken                   PA              19428

Signature                           Date (Month/Day/Year)
                                    July 13, 2001

☒ I am an attorney or representative and I represent the applicant requesting a hearing on a naturalization proceeding. [You must attach a Notice or Entry or Appearance (Form G-28) if you are an attorney or representative and did not previously submit such a form.]

_____
(Person for whom you are appearing)

5. Briefly state the reason(s) for this request for a hearing:
See attached sheet.

App → per 3/05/02
address 122 Falmouth Way
Dover, DE 19904
(302) 730-8942


RECEIVED
IMM. NAT. SERV.
2001 JUL 18 AM
PHILADELPHIA

X _____   7/12/01
Tuan V. Le        Date

Form N-336 (Rev. 08/08/00)Y

**#5. Briefly state the reason(s) fort his request for a hearing:**

Applicant who has limited English language skills and limited understanding of INS laws was not represented by an attorney in completing form N-400. Applicant was assisted by his 19-year old sister in completing form N-400. Applicant believed he answered question 15(b) of N-400 correctly since he believed that a DUI arrest was a violation of a traffic regulation only and therefore outside of the definition of "arrest" as defined by question 15(b). When asked during his interview, applicant freely admitted his DUI arrest. Applicant is a person of good moral character, not a habitual drunkard and otherwise meets the requirements of U.S. citizenship.

## ATTACHMENT TO REQUEST FOR HEARING ON A DECISION NATURALIZATION PROCEEDINGS UNDER SECTION 336 OF THE ACT

**Request for extension of time to file a brief, statement and/or evidence to INS.**

I, Tuan V. Le do hereby respectfully request the Immigration and Naturalization Service to grant my attorney an additional 15 days in which to submit a brief, statement and/or evidence with regard to my request for a hearing on an adverse decision on my application for naturalization. My attorney was on vacation for approximately two weeks after the date of the issuance of the decision and I was not able to meet with him until July 12, 2001. My attorney did not return to his office until July 9, 2001. Because of his unavailability I was unable to meet with him and discuss with him the necessary statement, brief and/or evidence that I would like to submit along with a request for a hearing.

Therefore, I am requesting a short 15-day extension so that my attorney can properly prepare a statement and/or brief

_____
Tuan V. Le

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: Application for Naturalization by Tuan V. Le | DATE July 10, 2001 |
|---|---|
| | FILE No. A-073-281-767 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME | | | | ☐ Petitioner  ☒ Applicant |
|---|---|---|---|---|
| Tuan V. Le | | | | ☐ Beneficiary  ☐ |
| ADDRESS (Apt. No.) | (Number & Street) 23243 South 20th Street | (City) Phila | (State) PA | (ZIP Code) 19145 |

| NAME | | | | ☐ Petitioner  ☐ Applicant |
|---|---|---|---|---|
| | | | | ☐ Beneficiary  ☐ |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |

**Check Applicable Item(s) below:**

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_Pennsylvania_  _Supreme Court_ and am not under a
(Name of Court)

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. Volag #: 000989

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE [signed] | COMPLETE ADDRESS Suite 400, Four Tower Bridge 200 Barr Harbor Drive West Conshohocken, PA 19428 |
|---|---|
| NAME (Type or Print) Joseph I. McDevitt, Esquire | TELEPHONE NUMBER 610-260-9691 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: Joseph I. McDevitt
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING Tuan V. Le | SIGNATURE OF PERSON CONSENTING [signed] | DATE 7/15/01 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Stock Number 027-002-00218-1

**JOSEPH I. McDEVITT**

Attorney at Law
Suite 400, Four Tower Bridge
200 Barr Harbor Drive
West Conshohocken, PA 19428-2978

Tel (610) 260-9691
Fax (610) 260-9693

July 13, 2001

Immigration and Naturalization Service
1600 Callowhill Street
Philadelphia, PA 19103

RE: Request for Hearing on an Unfavorable Decision in Naturalization
Under Section 336 of the Act

Dear Sir/Madam:

Please be advised of my representation of Tuan V. Le with regard to his request for a hearing on an unfavorable decision rendered with regard to his Application for Naturalization. Attached please find a form G-28 signed by Mr. Le appointing me his attorney with regard to this matter. Also enclosed please find a photocopy of my attorney identification card as issued by the Pennsylvania Supreme Court and my Pennsylvania Driver's License.

Enclosed please find form N-336 Request for a Hearing on a Decision in Naturalization Proceedings Under Section 336 of the Act with attached Statement. Also enclosed please find a request for a 15-day extension of time for me to file a brief, statement and/or evidence with the INS with regard to this request for a hearing.

Also being presented with this application is a check drawn on my escrow account made payable to the Immigration and Naturalization Service in the amount of $170.00.

Please advise my office as to when the requested hearing will be scheduled.

Thank you in advance for your courtesies and attention to this matter.

Sincerely,

JOSEPH I. McDEVITT

JIM/baw
Enclosure







# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA      :
                                  :
COUNTY OF PHILADELPHIA            :

    I, Vy Le, who resides at 2324 South 20th Street, Philadelphia, Pennsylvania along with my brother Tuan V. Le, do hereby swear that I assisted my brother in his completion of form N-400: Application for Naturalization. I was the only person who advised my brother with regard to the completion of this form. Although I knew that my brother was arrested on two separate occasions for driving under the influence, I did not believe that those arrests required that he answer yes to question 15(b) of form N-400 since the question excluded traffic regulations. It was my belief that driving under the influence was a traffic regulation, the violation of which did not require a "yes" answer to question 15(b).

    I know that my brother did not knowingly give false testimony with regard to his application for naturalization.

    The foregoing statement is true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 P.C.S.A Section 4904 relating to unsworn falsification to authorities.


7/30/01
DATE

VY LE

SWORN TO AND SUBSCRIBED
BEFORE ME        THIS 30 DAY
OF  July         2001

Notary Public

Notarial Seal
Domenick Terlingo, Notary Public
Philadelphia, Philadelphia County
My Commission Expires June 26, 2004

Member, Pennsylvania Association of Notaries

MAIN LINE JANITORIAL SERVICE INC.
103 Monroe Road, King of Prussia, Pa 19406 Tel (610) 992-9896.

July 25, 2001

To Whom It May Concern,

I am writing this letter to verify that Tuan Van Le worked for Mainline Janitorial Services Inc from 1995 to 1996. He volunteer quit from the job. Although, when he worked for Main Line Janitorial Services Inc. he was a hard working employee and had good personality.

Please contact me with any questions at 610-992-9896 or 610-203-4689.

Thank you,

Anh Nhue Nguyen
Manager

# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF:

I, Anh Nhue Nguyen, do hereby state that I am a duly appointed manager of Main Line Janitorial Services Inc. and that the attached statement attesting to the good moral character and good work habits of Mr. Tuan V. Le is being submitted as a sworn Affidavit.

7/ 25 / 01
Date

_____
Manager

SWORN TO AND SUBSCRIBED
BEFOORE ME THIS DAY OF

_____ 7-25-01
Notary Public

NOTARIAL SEAL
DOROTHY D. BARBOUR, Notary Public
Springfield Twp., Delaware County
My Commission Expires May 22, 2004



CREATIVE LABS, MALVERN

24 July 2001

To Whom It May Concern:

This letter is verification that Tuan Van Le worked for ENSONIQ (Creative Labs, Malvern) for a period of time from 1998 to 1999. He was laid off from our employ sometime in 1999 due to a slow down in Production.

Although, his personnel files are no longer available, to the best of my knowledge, Tuan was a good working employee and was of good moral character.

Regards,

David Misher
V.P. Operations

155 great valley parkway, malvern, pa 19355
phone: 610-647-3930 fax: 610-647-8908 www.creative.com

## **AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA     :
                                 :
COUNTY OF CHESTER                :

I, DAVID MISHER, do hereby state that I am a duly appointed officer/supervisor at Ensoniq located at 155 Great Valley Parkway, Malvern, Pennsylvania and that the attached statement attesting to the good moral character and good work habits of Mr. Tuan V. Le is being submitted as a sworn Affidavit.

7/24/2001
DATE

SWORN TO AND SUBSCRIBED
BEFORE ME    THIS 24 DAY JULY
OF 2001

Theresa M Carter
Notary Public

Notarial Seal
Theresa M. Carter, Notary Public
Malvern Boro, Chester County
My Commission Expires Mar. 18, 2004


# Shalom, Inc.

1080 N. Delaware Ave.
Suite 602
Philadelphia, PA 19125
215-425-7727
FAX 215-425-7785

DATE  *March 24, 2001*

DEAR MR./ MS. *Tuan Le*

THIS IS TO CERTIFY THAT YOU HAVE SUCCESSFULLY COMPLETED THE POST CONVICTION ALCOHOL SAFE DRIVING SCHOOL AT SHALOM, INC. WE CONGRATULATE YOU ON COMPLETING BOTH SCHOLASTIC AND FINANCIAL OBLIGATIONS OF THE D.U.I PROGRAM. WE HOPE YOU HAVE FOUND IT BENEFICIAL. THIS FULFILLS THE EDUCATIONAL OBLIGATIONS AS REQUIRED BY LAW.

*Sr. Madeline Boyd*
Director / Shalom

*Jacqueline Dugan / Daniel J. Woge*
Instructor

Class # *208A*

Dates *Mar 10, 17, 24, 2001*

# 6

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
1600 Callowhill Street
Philadelphia, PA 19130

Tuan V. Le
122 Falmouth Way
Dover, DE 19904

File: A73 281 767
Date: JUL -8 2002

## DECISION

Reference is made to Form N-336, Request for Hearing on a Decision in Naturalization Proceedings Under Section 336 of the Immigration and Nationality Act (Act), which you filed with the Service on July 13, 2001. That application seeks a review of the decision made on June 15, 2001, denying Form N-400, Application for Naturalization, filed by you on October 03, 2000.

**Section 336** of the Act states in part:
> If, after an examination under Section 335, an application for naturalization is denied, the applicant may request a hearing before an immigration officer.

In the denial dated June 15, 2001, the Service found that pursuant to the investigation and examination of your Application for Naturalization, it was determined that you were ineligible for naturalization because you failed to demonstrate that you are a person of good moral character.

Section 316(a) of the Act provides:
> No person, except as otherwise provided in this title, shall be naturalized, unless such applicant... (3) during all the periods referred to in this subsection has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

Title 8, Code of Federal Regulations, Part 336.2(b) states in part:
> ...the reviewing immigration officer may, in his or her discretion, conduct a full de novo hearing or may utilize a less formal review procedure, as he or she deems reasonable and in the interest of justice.

The Service scheduled you for a naturalization hearing on March 29, 2002. You appeared with your attorney on that date and you were interviewed in relation to Form N-336. Although you presented several letters attesting to your good moral character, you were unable to overcome the derogatory information in your file. A review of your file revealed that you were arrested on two separate occasions during the statutorily prescribed period and charged with driving under the influence each time. The Common Pleas Court of Philadelphia twice adjudged you guilty of driving under the influence and you were sentenced accordingly.

During the naturalization hearing on March 29, 2002, you also provided evidence that you successfully completed your post conviction alcohol safe driving school. Additionally, a further review of your record revealed that neither charge of driving under the influence was deferred to the Accelerated Rehabilitative Disposition (ARD) Program. However, the seriousness of driving under the influence and the potential danger in which the general public is placed as a result of this offense, prevents you from meeting the requirements of good moral character at this time. Therefore, the denial of your application for naturalization is affirmed.

This decision is made without prejudice toward the filing of a new Application for Naturalization in the future. If you desire a judicial review hearing on this decision you may apply within a period of not more than 120 days after the Service's final determination to the United States District Court having jurisdiction over your residence in accordance with Chapter 7 of Title 5, United States Code.

Kenneth John Elwood
District Director
Philadelphia

cc: Atty

