7

Citation                    Search Result          Rank 1 of 1          Database
INS NAT Guide, Ch. 4                                                    FIM-NAT
1999 WL 33435633 (INS)

United States Department of Justice
Immigration & Naturalization Service
A Guide to Naturalization

Table of Contents

WHO IS ELIGIBLE FOR NATURALIZATION

April, 1999

   Naturalization is the way immigrants become citizens. If you are 18 years or
older and wish to apply for naturalization, you should use the "Application for
Naturalization" (Form N-400).
   If you want to apply for naturalization for a child who is under 18 years old,
you should use the "Application for a Certificate of Citizenship" (Form N- 600).
For more information about applying for citizenship for your children, see
questions 24-25 on pages 13-15.
   In the next few pages, we describe the naturalization eligibility requirements
for people who are 18 years or older and who will use the Form N- 400.
   The following table summarizes the naturalization requirements for most types
of applicants. After the table is a section that provides more information on
each requirement. If you still have questions about your eligibility, you should
consult an immigrant assistance organization or INS.


[Note:  The following TABLE/FORM is too wide to be displayed on one screen.
You must print it for a meaningful review of its contents.  The table has been
divided into multiple pieces with each piece containing information to help you
assemble a printout of the table.  The information for each piece includes: (1)
a three line message preceding the tabular data showing by line # and
character # the position of the upper left-hand corner of the piece and the
position of the piece within the entire table; and (2) a numeric scale
following the tabular data displaying the character positions.]

****************************************************************************
******** This is piece 1. -- It begins at character 1 of table line 1. ********
****************************************************************************


| TYPE OF APPLICANT REQUIREMENTS | Time as Permanent Resident | Continuous Residence | Physical Presence in the United States |
| --- | --- | --- | --- |
| If you: | 5 years | 5 years as a Permanent Resident without leaving | 30 months |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

|  |  |  |  |
|---|---|---|---|
|  |  | the United States for trips of 6 months or longer |  |
| Have been a Permanent Resident for the past 5 years and have no special circumstances |  |  |  |
| Note: Over 90% of applicants fall into this category. |  |  |  |
| If you: | 3 years | 3 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 18 months |
| Are currently married to and living with a U.S. citizen AND Have been married to and living with that same U.S. citizen for the past 3 years AND Your spouse has been a U.S. citizen for the past 3 years If you: |  |  |  |
| Are in the U.S. Armed Forces (or will be filing your application within 6 months of an honorable discharge) AND Have served for at | You must be a Permanent Resident on the day you file your application. | Not Required | Not Required |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

least 3 years

If you:

| | | | |
|---|---|---|---|
| Were in the U.S. Armed Forces for less than 3 years | 5 years | 5 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 30 months |

OR

If you:

| | | | |
|---|---|---|---|
| Were in the U.S. Armed Forces for 3 years or more, but you were discharged more than 6 months ago | | Note: If you were out of the country as part of your service, this time out of the country does not break your "continuous residence." It is treated just like time spent in the United States. | Note: Time in the U.S. Armed Forces counts as time "physically present" in the United States no matter where you were. |

If you:

| | | | |
|---|---|---|---|
| Performed active duty military service in the U.S. Armed Forces during: . World War I (November 11, 1916-April 6, 1917); . World War II (September 1, 1939-December 31, 1946); . Korea (June 25, 1950-July 1, 1955); | You are not required to be a Permanent Resident. | Not Required | Not Required |
| | Note: If you did not enlist or reenlist in the United | | |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

|  | States or its outlying possessions, you must be a Permanent Resident on the day you file your application. | | |
| --- | --- | --- | --- |
| . Vietnam (February 28, 1961-October 15, 1978); or . Persian Gulf (August 2, 1990-April 11, 1991) | | | |
| If you: | | | |
| Were married to a U.S. citizen who died during a period of honorable active duty service in the U.S. Armed Forces | You must be a Permanent Resident on the day you file your application. | Not Required | Not Required |
| Note: You must have been married to and living with your U.S. citizen spouse at the time of his/her death. | | | |
| If you: | 5 years | 5 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 30 months |
| Served on a vessel operated by the United States OR | | Note: If you were out of the country while serving on a vessel, this | Note: Time served on the vessel counts as time |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

| | | | |
|---|---|---|---|
| | | time out of the country does not break your "continuous residence." It is treated just like time spent in the United States. | "physically present" in the United States no matter where you were. |
| If you:<br><br>Served on a vessel registered in the United States Note: In this case, the vessel must be owned by U.S. citizens or a U.S. corporation. | | | |
| If you: | 5 years | 5 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 30 months |
| Are an employee or an individual under contract to the U.S. Government | | Note: An absence from the United States for 1 year or more will break your "continuous residence." You may keep your "continuous residence" if you have had at least 1 year of unbroken "continuous residence" since becoming a Permanent Resident and you get an approved N-470 | Note: Time spent in this type of employment counts as time "physically present" in the United States no matter where you are as long as you get an approved N-470 before you have been out of the |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

|  |  |  |  |
|---|---|---|---|
|  |  | before you have been out of the United States for 1 year. | United States for 1 year. |
| If you: | 5 years | 5 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 30 months |
| Are a person who performs ministerial or priestly functions for a religious denomination or an interdenominational organization with a valid presence in the United States |  | Note: An absence from the United States for 1 year or more will break your "continuous residence." You may keep your "continuous residence" if you have had at least 1 year of unbroken "continuous residence" since becoming a Permanent Resident and you get an approved N-470 at any time before applying for naturalization. | Note: Time spent in this type of employment counts as time "physically present" in the United States no matter where you are as long as you get an approved N-470 before you apply for naturaliza- tion. |
| If you: | 5 years | 5 years as a Permanent Resident without leaving the United States for trips of 6 months or longer | 30 months |
| Are employed by one |  |  |  |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

of the following:
. An American
  institution of
  research recognized
  by the Attorney
  General;

Note: An absence
  from the United
  States for 1
  year or more
  will break your
  "continuous
  residence." You
  may keep your
  "continuous
  residence" if
  you have had at
  least 1 year of
  unbroken
  "continuous
  residence"
  since becoming
  a Permanent
  Resident and
  you get an
  approved N-470
  before you have
  been out of the
  United States
  for 1 year.

. An American-owned
  firm or corporation
  engaged in the
  development of
  foreign trade and
  commerce for the
  United States; or
. A public
  international
  organization of
  which the United
  States is a member
  by law or treaty
  (if the employment
  began after you
  became a Permanent
  Resident)

| If you: | 5 years | 5 years as a Permanent Resident without leaving the United States for | Not Required |
|---------|---------|--------------------------------------------------------------------------|--------------|

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

| | | | |
|---|---|---|---|
| | trips of 6 months or longer | | |
| Have been employed for 5 years or more by a U.S. nonprofit organization that principally promotes the interests of the United States abroad through the communications media | | | |
| If you: | You must be a Permanent Resident at the time of your INS interview | Not Required | Not Required |
| Are the spouse of a U.S. citizen who is one of the following:<br>. A member of the U.S. Armed Forces;<br>. An employee or an individual under contract to the U.S. Government;<br>. An employee of an American institution of research recognized by the Attorney General;<br>. An employee of an American-owned firm or corporation engaged in the development of foreign trade and commerce for the United States;<br>. An employee of a public international organization of | | | |

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

```
    which the United
    States is a member
    by law or treaty;
    or
    . A person who
    performs
    ministerial or
    priestly functions
    for a religious
    denomination or an
    interdenominational
    organization with a
    valid presence in
    the United States
AND
Your citizen spouse
    is working overseas
    for at least 1 year
    according to an
    employment contract
    or order.

-------------------------------------------------------------------
Where to go for more        Page 22         Page 22-23        Pages 23-24
    information
-------------------------------------------------------------------
1...+...10....+...20....+...30....+...40....+...50....+...60....+...70...
******* This is piece 2. -- It begins at character 74 of table line 1. ********
***********************************************************************

Time in         Good Moral      English &      Attachment to
District        Character       Civics             the
or State                        Knowledge      Constitution

-----------------------------------------------------------
3 months        Required        Required        Required
```

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

3 months     Required     Required     Required

Not          Required     Required     Required
Required

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

Not           Required       Required       Required
Required

3 months      Required       Required       Required

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

3 months     Required     Required     Required

3 months     Required     Required     Required

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

3 months      Required        Required        Required

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

3 months      Required      Required      Required

Not          Required      Required      Required
Required

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

```
-----------------------------------------------------
  Page 24      Page 25    Page 26-27    Page 28-29
-----------------------------------------------------
74...80....+...90....+....0....+...10....+...20....+
```

Time as a Permanent Resident

   Permanent Residents are people who have "permanent resident" status in the
United States as provided for under our immigration laws. Permanent Residents
are normally given Permanent Resident Cards. (Note: these cards used to be
called Alien Registration Cards.)
   Most applicants must be a Permanent Resident for a certain number of years
before they may apply for naturalization. But it is not enough to be a Permanent
Resident for the right number of years. You must also be in "continuous
residence" during that time.

Continuous Residence

   "Continuous residence" means that you have not left the United States for a
long period of time. If you leave the United States for too long, you may
interrupt your "continuous residence."
   Absences between 6 and 12 months. If you leave the United States for more than
6 months, but less than 1 year, the law states that you have disrupted your
"continuous residence" unless you can prove otherwise. To prove that you have
not disrupted your "continuous residence," you will need to provide an original
IRS Form 1722 listing tax information for the past 3 years or copies of the
income tax forms you filed for the past 3 years. You may also be asked to
provide some of the following:
     . proof that your family resided in the United States during your absence;
     . copies of tax records;
     . copies of rent or mortgage payments; or
     . copies of paystubs.
   Absences of 1 year or longer. In almost all cases, if you leave the United
States for 1 year or more, you have disrupted your "continuous residence." This
is true even if you have a Re-entry Permit.
   If you leave the country for 1 year or longer, you may be eligible to re-
enter as a Permanent Resident if you have a Re-entry Permit. But none of the
time you were in the United States before you left the country counts toward
your time in "continuous residence."
   You may file your Application for Naturalization (Form N-400) up to 3 months
before you meet your "continuous residence" requirements. For example, if you
are applying based on 5 years of "continuous residence" as a Permanent Resident,
you can apply when you have been a Permanent Resident in "continuous residence"
for 4 years and 9 months. INS allows you to send your application before you
have met the requirement for "continuous residence" only. You must meet all the
other eligibility requirements when you file your application with INS.
   Fortunately, if you return within 2 years, some of your time out of the

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

country does count. In fact, the last 364 days of your time out of the country (1 year minus 1 day) counts toward meeting your "continuous residence" requirement.

There are a few small groups of applicants who do not have any "continuous residence" requirement (for example, members of the U.S. Armed Forces).

There are also a few small groups of people who can leave the country for over 1 year and not disrupt their "continuous residence." To maintain their "continuous residence" while out of the country, these people must file an "Application to Preserve Residence for Naturalization Purposes" (Form N- 470). See the table at the beginning of this section for more information on who can use an N-470 and when they must file it.

Physical Presence in the United States

"Physical presence" means that you have actually been in the United States Most applicants must be physically present in the United States for a certain number of months to be eligible for naturalization.

Many people do not understand the difference between the "physical presence" requirement and the "continuous residence" requirement. "Physical presence" involves the total number of days you were outside the United States on all of your trips. "Continuous residence" involves the number of days you were outside the United States during a single trip. Even if you never took a trip that was long enough to disrupt your "continuous residence," you may have taken so many short trips that you do not meet the "physical presence" requirement.

"Continuous Residence" Example

. An applicant became a Permanent Resident on January 1, 1990.
. She lived in the United States for 3 years, then returned to her native country for 1 year and 3 months.
. She got a Re-entry Permit before leaving the United States so that she could keep her Permanent Resident status.
. The applicant re-entered the United States with Permanent Resident status on April 1, 1994.
Question: When is the applicant eligible for naturalization?
Answer: On April 2, 1998, 4 years and 1 day after she returned to the United States The last 364 days the applicant was out of the United States count toward her time as a Permanent Resident in "continuous residence," but the 3 years in the United States before leaving do not.

When counting the total number of days you have been out of the country, include all trips you have taken outside the United States. This includes short trips and trips to Canada and Mexico. For example, if you go to Canada for a weekend, you must include that trip when you are counting how many days you have spent out of the country. Generally, partial days spent in the United States count as whole days spent in the United States.

There are small groups of applicants who may count time abroad as time in the United States for the "physical presence" requirement. For example, any time spent in the U.S. Armed Forces counts as time in the United States even if you were stationed overseas. See the table at the beginning of this section for more

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

information.

Time as a Resident in District or State

Most people must live in the district or state in which they are applying for at least 3 months before applying. A district is a geographical area defined by INS and served by one of the 33 INS "District Offices." You can find out in which district you live by referring to the single page titled "Your Local INS Office," located in the back pocket of this Guide. Students may apply for naturalization either where they go to school or where their family lives (if they are still financially dependent on their parents).

## Good Moral Character

To be eligible for naturalization you must be a person of **good moral character**. INS will make a determination on your moral character based upon the laws Congress has passed. In the following section, we describe some of the things INS may consider.

Criminal Record. Committing certain crimes may cause you to be ineligible for naturalization (INS calls these "bars" to naturalization). Aggravated felonies (committed on or after November 29, 1990) and murder are permanent bars. You may never become a citizen if you have committed one of these crimes.

Other crimes are temporary bars. Temporary bars usually prevent you from becoming a citizen for a certain amount of time after you commit the crime.

The "Application for Naturalization" (Form N-400) asks several questions about crimes. You should report all crimes that you have committed including ones that have been expunged (removed from your record) and ones that happened before your 18th birthday. If you do not tell INS about these crimes and we find out about them, you may be denied naturalization (even if the crime itself was not a crime for which your case could be denied).

Lying. If you do not tell the truth during your interview, INS may deny your application for lacking **good moral character**. If INS grants you naturalization and you are later found to have lied during your interview, your citizenship may be revoked.

Please note that if you have committed certain serious crimes, INS may decide to remove you from the United States. If you have questions, you may want to seek advice from an immigrant assistance organization or an immigration attorney before applying.

EXAMPLES of Things that Might Show a Lack of **Good Moral Character**

. Any crime against a person with intent to harm
. Any crime against property or the Government that involves "fraud" or evil intent
. Two or more crimes for which the aggregate sentence was 5 years or more
. Violating any controlled substance law of the United States, any state, or any foreign country
. Habitual drunkenness or drunk **driving**
. Illegal gambling

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

. Prostitution
. Polygamy (marriage to more than one person at the same time)
. Lying to gain immigration benefits
. Failing to pay court-ordered child support or alimony payments
. Confinement in jail, prison, or similar institution for which the total
confinement was 180 days or more during the past 5 years (or 3 years if you are
applying based on your marriage to a United States citizen)
. Failing to complete any probation, parole, or suspended sentence before you
apply for naturalization
. If you have recently been ordered deported or removed, you are not eligible
for citizenship. If you are in removal proceedings, you may not apply for
citizenship until the proceedings are complete and you have been allowed to
remain in the country as a Permanent Resident.
. Terrorist acts
. Persecution of anyone because of race, religion, national origin, political
opinion, or social group

English and Civics

According to the law, applicants must demonstrate:
. "an understanding of the English language, including an ability to read,
write, and speak...simple words and phrases...in ordinary usage in the English
language...."
. "a knowledge and understanding of the fundamentals of the history, and of
the principles and form of government, of the United States...."
This means that to be eligible for naturalization, you must be able to read,
write, and speak basic English. You must also have a basic knowledge of U.S.
History and Government (also known as "civics").
Exceptions. Certain applicants, because of age or disability, have different
English and civics requirements. Age and disability exceptions are discussed
below.
Age -- There are three important exemptions for testing based on age:
(a) If you are over 50 and have lived in the United States as a Permanent
Resident for periods totaling at least 20 years, you do not have to take the
English test. You do have to take the civics test in the language of your
choice;
(b) If you are over 55 and have lived in the United States as a Permanent
Resident for periods totaling at least 15 years, you do not have to take the
English test. You do have to take the civics test in the language of your
choice;
(c) If you are over 65 and have lived in the United States as a Permanent
Resident for periods totaling at least 20 years, you may also take a simpler
version of the civics test in the language of your choice.
You must meet these requirements at the time you file your application. To
qualify for one of these exceptions, your time as a Permanent Resident does not
have to be continuous. You are eligible for the exemption as long as your total
time residing in the United States (as a Permanent Resident) is at least 15 or
20 years. You may not count time when you were not a Permanent Resident.
Disability -- If you have a physical or developmental disability or a mental

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

impairment, you may be eligible for an exception to the English and civics requirements. To request an exception, you must file a "Medical Certification for Disability Exceptions" (Form N-648) with your application. If you believe you qualify, contact a licensed medical doctor or licensed clinical psychologist who will need to complete and sign your N-648.

To apply for a disability exception, your disability:
. must be permanent (has lasted or is expected to last one year); and
. must not have been caused by illegal drug use.

A medical exception from the English and civics requirement does not exempt you from taking the Oath of Allegiance to the United States. If you cannot take and understand the meaning of the oath, you are not eligible for citizenship no matter what type of disability you have.

Preparing for the Test. Many schools and community organizations help people prepare for their citizenship test. Some of these programs are very good. However, INS does not review or approve any of these outside classes or materials.

You can find sample civics questions in the back pocket of this Guide. You can also find a set of sample sentences similar in structure to the ones you might be asked to write or read aloud during your English test.

Attachment to the Constitution

All applicants for naturalization must be willing to support and defend the United States and our Constitution. You declare your "attachment" to the United States and our Constitution when you take the Oath of Allegiance. In fact, it is not until you take the Oath of Allegiance that you actually become a U.S. citizen.

Renounce Foreign Allegiances. As stated in the Oath, you must renounce all foreign allegiances to become a U.S. citizen.

Support the Constitution. You must also be willing to support and defend the principles of the U.S. Constitution and the laws of the United States

The Oath of Allegiance

I hereby declare, on oath,
that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;
that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Serve the United States. When required by law, you must be willing to (1)

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

INS NAT Guide, Ch. 4

fight in the U.S. Armed Forces, (2) perform non-combatant service in the U.S. Armed Forces, and (3) perform civilian service for the United States.

If, because of your religious teachings and beliefs, you are against fighting or serving in the military, INS may exempt you from these requirements. You will need to send a letter with your application requesting a modified oath and explaining why you are unable to take the Oath as it is written above. Please see page 39 for more information about this process.

In addition to your promise to serve the United States when required, INS also considers the following three things when determining if you are truly willing to serve the United States:

Selective Service -- Male applicants generally need to register with the Selective Service before applying for naturalization. If you are male and lived in the United States (in any status other than as a lawful nonimmigrant) at any time between your 18th and 26th birthdays, you must be registered with the Selective Service System. Males who first entered the United States after they turned 26 years old are exempt from the requirement to register.

If you were required to register, you will need to provide your Selective Service number to INS when you apply. You may get your Selective Service number by calling 1-847-688-6888 if you were born after December 31, 1959. If you were born before March 29, 1957, you should call 1-703-605-4047.

If you have not registered, you must register at a United States post office or on the Internet to receive a Selective Service number. The Selective Service System Internet site can be reached at http://www.sss.gov or through the INS Internet site at http://www.ins.usdoj.gov. You must have a Social Security number to register on the Internet.

If you were required to register but did not register before you turned 26, you must do the following:

. Call 1-847-688-6888 and complete the Selective Service System's Questionnaire Form (males born before March 29, 1957, should call 1-703-605-4047);

. Receive a "status information letter" from the Selective Service; and

. Send the "status information letter" to INS with your application.

Alien Discharge from the U.S. Armed Forces -- If you ever received an exemption or discharge from the U.S. Armed Forces because you are an alien, you may be ineligible for naturalization.

Desertion from the U.S. Armed Forces -- If you were ever convicted of desertion from the U.S. Armed Forces, you are ineligible for naturalization. Desertion means that you left military service before you were discharged.

INS NAT Guide Ch. 4, 1999 WL 33435633 (INS)

END OF DOCUMENT

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

**8**

  home    about us    contact us

  

you are here: home » Stats & Resources » Statistics » By State
» State-By-State Traffic Fatalities - 2001

Spanish articles / Artículos en Español

STATS & RESOURCES



## State-By-State Traffic Fatalities - 2001

| STATE | 2001 Total Traffic Deaths | 2001 Alcohol Related Deaths | Percent Alcohol-Related |
|-------|---------------------------|-----------------------------|-------------------------|
| Alabama | 994 | 376 | 38 |
| Alaska | 85 | 43 | 50 |
| Arizona | 1,048 | 488 | 47 |
| Arkansas | 611 | 193 | 32 |
| California | 3,956 | 1,569 | 40 |
| Colorado | 736 | 328 | 45 |
| Connecticut | 312 | 158 | 51 |
| Delaware | 136 | 65 | 48 |
| D.C. | 68 | 38 | 55 |
| Florida | 3,011 | 1,264 | 42 |
| Georgia | 1,615 | 557 | 35 |
| Hawaii | 140 | 60 | 43 |
| Idaho | 259 | 97 | 37 |
| Illinois | 1,414 | 620 | 44 |
| Indiana | 909 | 337 | 37 |
| Iowa | 447 | 155 | 35 |
| Kansas | 494 | 194 | 39 |
| Kentucky | 845 | 247 | 29 |
| Louisiana | 954 | 445 | 47 |
| Maine | 192 | 65 | 34 |
| Maryland | 660 | 290 | 44 |

MADD Online: State-By-State Traffic Fatalities - 2001

http://www.madd.org/stats/0,1056,4809,00.html

**RELATED INFO**

National Highway Traffic
Safety Administration
(NHTSA)
The federal government's
primary source of
information on traffic
statistics, as well as a
variety of other traffic safety
information.

Sanction Issues
Compendium
This resource focuses on
sanctions and public policy
initiatives aimed at
preventing impaired
driving, reducing repeat
offenses, and preventing
underage drinking.

| | | | |
|---|---|---|---|
| Massachusetts | 477 | 234 | 49 |
| Michigan | 1,328 | 518 | 39 |
| Minnesota | 568 | 226 | 40 |
| Mississippi | 784 | 282 | 36 |
| Missouri | 1,098 | 523 | 48 |
| Montana | 230 | 104 | 45 |
| Nebraska | 246 | 96 | 39 |
| Nevada | 313 | 133 | 42 |
| New Hampshire | 142 | 70 | 49 |
| New Jersey | 747 | 297 | 40 |
| New Mexico | 463 | 214 | 46 |
| New York | 1,548 | 498 | 32 |
| North Carolina | 1,530 | 533 | 35 |
| North Dakota | 105 | 53 | 50 |
| Ohio | 1,378 | 604 | 44 |
| Oklahoma | 676 | 266 | 39 |
| Oregon | 488 | 190 | 39 |
| Pennsylvania | 1,530 | 663 | 43 |
| Rhode Island | 81 | 49 | 60 |
| South Carolina | 1,059 | 592 | 56 |
| South Dakota | 171 | 84 | 49 |
| Tennessee | 1,251 | 537 | 43 |
| Texas | 3,724 | 1,789 | 48 |
| Utah | 292 | 68 | 23 |
| Vermont | 92 | 35 | 38 |
| Virginia | 935 | 340 | 36 |
| Washington | 649 | 281 | 43 |
| West Virginia | 376 | 135 | 36 |
| Wisconsin | 763 | 364 | 48 |
| Wyoming | 186 | 81 | 44 |
| **TOTAL** | **42,116** | **17,448** | **41** |

*Souce - National Highway Traffic Safety Administration FARS data

How was this information derived? (PDF)

Home | About Us | Contact Us
Membership & Chapters | MADD Programs | Discussions & Chat
Victims | Under 21 | Activism | Stats & Resources | News
Privacy Policy
© Mothers Against Drunk Driving. All rights reserved.