IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TUAN V. LE                          :           CIVIL ACTION
                                    :
            v.                      :
                                    :
KENNETH J. ELWOOD, District         :           NO. 02-3368
Director


O R D E R


AND NOW, this 25th day of October, 2002, upon request
of counsel, a hearing on factual issue as to good moral character
as defined by the Immigration and Naturalization Act will be held
on Thursday, November 21, 2002 at 10:00 a.m., Courtroom 12-A.

By November 15, 2002, counsel will submit requests for
findings and conclusions.


_____
            Edmund V. Ludwig,    J.