IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| v. | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

A M E N D E D   O R D E R

AND NOW, this 20th day of November, 2002, the hearing on factual issue as to good moral character as defined by the Immigration and Naturalization Act will be held on Tuesday, November 26, 2002 at 2:00 p.m. (Changed from Thursday, November 21, 2002), Courtroom 12-A.

cc: 11/20/02 (KC)

Joseph I. McDevitt, Esq.
Susan Becker, AUSA

ATTEST:                                    BY THE COURT:


_____              _____
Kathryne M. Crispell                Edmund V. Ludwig,   J.
Deputy Clerk