```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

## 2nd A M E N D E D   O R D E R

AND NOW, this 21st day of November, 2002, the hearing on factual issue as to good moral character as defined by the Immigration and Naturalization Act will be held on Wednesday, December 11, 2002 at 10:30 a.m. (Changed from November 21, 2002 and November 26, 2002), Courtroom 12-A.

cc: 11/21/02 (KC)

Joseph I. McDevitt, Esq.
Susan Becker, AUSA

ATTEST:                                BY THE COURT:

_____            _____
Kathryne M. Crispell                   Edmund V. Ludwig,    J.
Deputy Clerk