IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

O R D E R

AND NOW, this 18th day of December, 2002, the hearing on factual issue as to good moral character as defined by the Immigration and Naturalization Act will be held on Thursday, January 9, 2003 at 10:30 a.m. (Changed from November 21, 2002 and November 26, 2002 and December 11, 2002), Courtroom 12-A.

cc: 12/18/02 (KC)

Joseph I. McDevitt, Esq.
Susan Becker, AUSA

ATTEST:                                          BY THE COURT:


_____          _____
Kathryne M. Crispell                     Edmund V. Ludwig,    J.
Deputy Clerk