IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| v. | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

## O R D E R

AND NOW, this 7th day of January, 2003, the hearing on factual issue as to good moral character as defined by the Immigration and Naturalization Act on Thursday, January 9, 2003 will be held at 2:00 p.m. (Changed from 10:30 a.m.), Courtroom 12-A.

cc: 1/7/03 (KC)

Joseph I. McDevitt, Esq.
Susan Becker, AUSA

ATTEST:                                         BY THE COURT:

_____                     _____
Kathryne M. Crispell                            Edmund V. Ludwig,    J.
Deputy Clerk