IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

NOTICE

AND NOW, this 10th day of January, 2003, the hearing on factual issue as to good moral character as defined by the Immigration and Naturalization Act will be held on Tuesday, January 14, 2003 at 10:30 a.m. (Changed from January 9, 2003) Courtroom 12-A.

cc: 1/10/03 (KC)

Joseph I. McDevitt, Esq. (mail)
Susan Becker, AUSA (email)

ATTEST:                                       BY THE COURT:


_____                           _____
Kathryne M. Crispell                          Edmund V. Ludwig,   J.
Deputy Clerk