IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TUAN V. LE                        :         CIVIL ACTION
                                  :
         v.                       :
                                  :
KENNETH J. ELWOOD, District       :         NO. 02-3368
Director

NOTICE

March 20, 2003
     A status conference will be held on Tuesday, April 1, 2003 at 11:00 a.m. in chambers, Room 12614.


cc: 3/20/03 (KC)

Joseph I. McDevitt, Esq. (mail)
Susan Becker, AUSA (email)

ATTEST:                                    BY THE COURT:


_____                     _____
Kathryne M. Crispell                       Edmund V. Ludwig,   J.
Deputy Clerk