IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH JOHN ELWOOD | : | |
| | : | No. 02-3368 |

ORDER

AND NOW this 24th day of March, 2003, it is ordered that the petition for review is denied without prejudice to a new application five years after the 2000 conviction.

_____
Edmund V. Ludwig, J.