IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUAN V. LE | : | CIVIL ACTION |
| v. | : | |
| KENNETH J. ELWOOD, District Director | : | NO. 02-3368 |

NOTICE

March 26, 2003

The status conference previously scheduled for Tuesday, April 1, 2003 at 11:00 a.m. is cancelled.

cc: 3/26/03 (KC)

Joseph I. McDevitt, Esq. (mail)
Susan Becker, AUSA (email)

ATTEST:                                BY THE COURT:


_____            _____
Kathryne M. Crispell                   Edmund V. Ludwig,   J.
Deputy Clerk